ALBERT SHEA and another, *Respondents, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.*— Judg-

ment and order reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.